IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENDA H. LYLES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:16-CV-106-WKW ) [WO] |
| JOHN R. COOPER, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 36.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 36) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to prosecute and failure to comply with court orders.

A final judgment will be entered separately.

DONE this 12th day of October, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE